

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00358-CV

**PDS ACQUISITION, CORP.** n/k/a USIO Output Solutions, Inc.,
Appellant

v.

**KDHM, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI18410
Honorable Marisa Flores, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and it is RENDERED that Appellee KDHM, LLC take nothing on its "money had and received" claim against Appellant PDS ACQUISITION, CORP. n/k/a USIO Output Solutions, Inc. The remaining claims are REMANDED to the trial court for proceedings consistent with this opinion. Costs of appeal are taxed against Appellee KDHM, LLC.

SIGNED April 2, 2025.

_____
Adrian A. Spears II, Justice